VIRTUESQ LLLC
CHRISTIAN L. KAMAU     10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
Strike 3 Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.173.48.128,<br><br>Defendant. | CIVIL NO. 1:25-cv-00113-HG-WRP<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 76.173.48.128 are voluntarily dismissed without prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought. No other claims, including counterclaims, cross-claims, or third-party claims remain in this action.

*[Space intentionally left blank.]*

DATED: Honolulu, Hawaii, April 30, 2025.

Respectfully submitted,

/s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU
Attorney for Plaintiff
Strike 3 Holdings, LLC

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 30, 2025.

Helen Gillmor
United States District Judge

*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address 76.173.48.128*, Civ. No. 1:25-cv-00113-HG-WRP, Plaintiff's Voluntary Dismissal without Prejudice of John Doe